# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

UNITED STATES OF AMERICA

v.                                    Case No.: 3:15−cr−00034−TAV−CCS

DAVID DAVIS

### ORDER

The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant does not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant:

James H Varner, Jr
Varner &Associates
Post Office Box 10366
Knoxville, TN 37939

865−686−8275

ENTER.

s/C Clifford Shirley, Jr_____
UNITED STATES MAGISTRATE JUDGE