# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED SEALED

2015 JUL 10 P 1: 11

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID DAVIS<br>_Defendant_ | )<br>)<br>) Case No. 3:15-CR-34<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ DAVID DAVIS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C); and money laundering in violation of Title 18, United States Code, Section 1956(h).

Date: 3-5-15

City and state: Knoxville, TN

_Issuing officer's signature_

DEBRA C. POPLIN, CLERK
_Printed name and title_

### Return

This warrant was received on _(date)_ 07/01/15, and the person was arrested on _(date)_ 07/01/15
at _(city and state)_ Kingston, TN.

Date: 07/01/15

_Arresting officer's signature_

Kris Bynett TFO/FBI
_Printed name and title_