UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:15-CR-34-TAV-CCS ) |
| RACHEL MOSES and DAVID DAVIS, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pursuant to 28 U.S.C. § 137 and Rule 25 of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Thomas W. Phillips, United States District Judge, for all further proceedings.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES D`ISTRICT JUDGE