UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:15-cr-034-2                                           Date: January 25, 2016

United States of America     vs.     David Davis

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE PRESIDING

| Jason Huffaker | Jolene Owen | Tracy L. Stone |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| James H. Varner, Jr. | | Scott Queener |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- ☐ No plea agreement filed
- ■ Plea Agreement [27] filed on December 1, 20015   ☐ sealed   ■ unsealed
- ■ Defendant is arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moved to change plea   ■ granted   ☐ denied
- ■ Defendant waived reading of the Indictment   ☐ Indictment/formation read
- ■ Defendant pleaded guilty to Counts 1 and 2 of the Indictment.
- ☐ Government moved to dismiss the remaining count(s) as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** May 16, 2016 at 10:00 a.m. in Courtroom 1A
  **Before** the Honorable Thomas W. Phillips, United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)
>
> • If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

- ☐ Defendant to remain on bond
- ■ Defendant remanded to custody of the U.S. Marshal

1:30 – 1:50