UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:15-CR-34 |
| v. | ) | |
| | ) | JUDGE PHILLIPS |
| DAVID DAVIS | ) | |

## NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared by Robert Scott Queener, United States Probation Officer, the United States has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted this the 1st day of April, 2016.

                                  NANCY STALLARD HARR
                                  ACTING UNITED STATES ATTORNEY

By:   *s/ Tracy L. Stone*
       TRACY L. STONE
       Assistant United States Attorney
       800 Market Street, Suite 211
       Knoxville, Tennessee 37902
       (865) 545-4167

## CERTIFICATE OF SERVICE

   I hereby certify that on April 1, 2016, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

               *s/ Tracy L. Stone*
               TRACY L. STONE
               Assistant United States Attorney