UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:15-cr-034-2                                              Date: August 29, 2016

United States of America        vs.        David Davis

**PROCEEDINGS: Sentencing.** Neither party had any objections to the Presentence Investigative Report.

---

HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Lynda Clark (Miller & Miller) | Joe Thomas |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Caryn L. Hebets | | James H. Varner, Jr. |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ■ Allocution given by defendant
- ■ Government's Motion for Acceptance of Responsibility      ■ granted   ☐ denied
- ■ Government's Motion [54]                                  ■ granted   ☐ denied
- ■ Defendant's Motion for Variance                           ■ granted   ☐ denied
- ■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served. Upon release from imprisonment, the defendant shall be on supervised release for the term of 3 years. This term consists of 3 years as to each of Counts 1 and 2 of the Indictment; such terms to be served concurrently. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions (4) set forth in the J&C.

☐ **COURT RECOMMENDATIONS:**

- ■ Special assessment: $200.00
- ☐ Defendant remains released pending designation
- ☐ Defendant remanded to custody

9:35 – 10:15